# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# MEDFORD DIVISION

ANTHONY WILLIAM DELMONACO,

        Plaintiff,

 v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

        Defendant.

No. 1:17-cv-00345-AC

## ORDER

It is hereby ORDERED that plaintiff's motion for an award of attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. 2412(a), is granted, in the amount of $8,009.35.

Pursuant to *Astrue v. Ratliff*, 130 S.Ct 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). This Court orders that any amount of the above award not offset pursuant to 31 U.S.C. § 3716(c)(3)(B) (2006) shall be made payable to Plaintiff, with a check being mailed to the office of Karl Osterhout, Esq.

_____
John V. Acosta, Magistrate Judge